IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> CHARLOTTE B. NEW BREAST, <br><br> Defendant. | CR 13–65–GF–DLC <br><br> ORDER |

United States Magistrate Judge Keith Strong entered Findings and Recommendation in this matter on October 21, 2013. Neither party objected and therefore they are not entitled to *de novo* review of the record. 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). This Court will review the Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Judge Strong recommended this Court accept Charlotte B. New Breast's guilty plea after New Breast appeared before him pursuant to Federal Rule of Criminal Procedure 11, and entered a plea of guilty to one count of Theft from an Indian Tribal Government Receiving Federal Funding (Count XXVII), as set forth in the Indictment. In exchange for Defendant's plea, the United States has agreed to dismiss Counts I-XXII of the Indictment.

I find no clear error in Judge Strong's Findings and Recommendation (Doc. 78), and I adopt them in full, including the recommendation to defer acceptance of the Plea Agreement until sentencing when the Court will have reviewed the Plea Agreement and Presentence Investigation Report.

Accordingly, IT IS ORDERED that Charlotte B. New Breast's motion to change plea (Doc. 69) is GRANTED.

DATED this 8th day of November, 2013.

_____
Dana L. Christensen, Chief District Judge
United States District Court